UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO:  10-20080-CR-HOEVELER

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                              ORDER ADOPTING REPORT AND
                                                            RECOMMENDATION

NEVILLE NEIL THOMPSON

    Defendant

_____/

THIS CAUSE is before the Court on the Defendant's Motion to Suppress. The Court has received from Magistrate Judge Chris McAiley a further Report and Recommendation on the Motion to Suppress.

After further hearing on certain recordings, Judge McAliley's ruling remained the same, denying the Motion to Supress.

In view of the findings and conclusions of the Magistrate Judge, it is my ruling that the Report and Recommendation is accepted and adopted and the Defendant's Motion to Suppress is denied.

Counsel shall appear at 10:00 a.m., on Monday, May 24, 2010, in Courtroom 9, at 301 North Miami Avenue, Miami, Florida to begin trial.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of May, 2010.

                                                                                _____
                                                                                SR. UNITED STATES DISTRICT JUDGE

cc: Counsel of record